

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRAPHICS PROPERTIES HOLDINGS, INC.,

       Plaintiff,

    -against-

NINTENDO CO., LTD. et al.,

       Defendants.
------------------------------------------------------------X

Civil Action No. 10 CV 8655
JUDGE PAULEY

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA)
    S.S.:
COUNTY OF LOS ANGELES)

    GARY HANSEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 14th day of December, 2010, at approximately the time of 9:10pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR PATENT INFRINGEMENT** upon APPLE INC. c/o CT CORPORATION SYSTEM, Registered Agent at 818 W. 7th, LOS ANGELES, CA by personally delivering and leaving the same with MARGARET WILSON who informed deponent that she holds the position of Process Clerk with that company and is authorized by appointment to receive service at that address.

    Margaret Wilson is a white female, approximately 55 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 130 pounds with grey hair.

GARY HANSEN

Sworn to before me this
17th day of December, 2010

NOTARY PUBLIC
RACHAEL BODNAR

D.L.S., Inc.
01 Broadway
te. 510
Jew York, NY 10013
12-925-1220
www.dlsnational.com

State of California County of
LOS ANGELES
Subscribed and sworn to (or affirmed)
before me on this 17th day of DEC, 2010 by
GARY HANSEN,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature Rachael Bodnar
(Seal)

RACHAEL BODNAR
Commission # 1751377
Notary Public - California
Los Angeles County
My Comm. Expires Jul 14, 2011