UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
GRAPHICS PROPERTIES HOLDINGS, INC.,                :
                                                   :
                              Plaintiff,   :   Case No. 1:10-cv-08655-WHP
       v.                                           :
                                                   :
NINTENDO CO., LTD., NINTENDO OF AMERICA            :
INC., SONY CORPORATION, SONY                       :
CORPORATION OF AMERICA, ACER INC., ACER            :
AMERICA CORP., APPLE INC., TOSHIBA                 :
CORPORATION AND TOSHIBA AMERICA, INC.              :
                                                   :
                            Defendants.   :
-------------------------------------------------------------------- X

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF JEFFREY MORGAN**

PLEASE TAKE NOTICE THAT, upon the annexed declaration of James Bollinger, Esq., dated January 24, 2011, and the exhibits annexed thereto, Plaintiff respectfully moves this Court for an order pursuant to Local Civil Rule 1.3(c) granting leave to Jeffrey Morgan, of Troutman Sanders LLP, to proceed *pro hac vice* as its attorney of record in this action.

Dated:   January 24, 2011

                                                TROUTMAN SANDERS LLP

                                                By: _____
                                                James Bollinger, Esq.
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174
                                                Tel: (212) 704-6000
                                                Fax: (212) 704-5901
                                                Attorneys for Plaintiff

TO: Michael J. Shea
Nixon & Vanderhye P.C.
901 North Glebe Road, 11th Flr.
Arlington, VA 22203
email: mjs@nixonvan.com
Counsel for Toshiba Corp. & Toshiba America, Inc.

Michael N. Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
email: mrader@wolfgreenfield.com
Counsel for Sony Corporation & Sony Corp of America

Kai Tseng
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94024-1015
email: ktseng@orrick.com
Counsel for Acer Inc. and Acer America Corp.

Richard Martinelli
Orrick, Herrington & Sutclife LLP
51 West 52nd Street
New York, NY 10019-6142
email: rmartinelli@orrick.com
Counsel for Apple, Inc.

Rich Medway
Nintendo of America, Inc
4600 150th Avenue NE, Redmond, WA 98052
email: richme02@noa.nintendo.com
Counsel for Nintendo Co., Ltd. And Nintendo of America, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GRAPHICS PROPERTIES HOLDINGS, INC.,             :
                                                :
                           Plaintiff,           :  Case No. 1:10-cv-08655-WHP
        v.                                      :
                                                :
NINTENDO CO., LTD., NINTENDO OF AMERICA         :
INC., SONY CORPORATION, CONY                    :
CORPORATION OF AMERICA, ACER INC., ACER         :
AMERICA CORP., APPLE INC., TOSHIBA              :
CORPORATION AND TOSHIBA AMERICA, INC.           :
                                                :
                           Defendants.          :
------------------------------------------------------------------ X

### DECLARATION OF JAMES BOLLINGER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

James Bollinger, an attorney duly admitted to practice before the Courts of the State of New York, hereby declares the following under penalties of perjury:

1. I am a member of the firm of Troutman Sanders LLP, attorneys for plaintiff Graphic Properties Holdings, Inc. in the above captioned action. I am a member in good standing of the bar of the State of New York and of the bar of the United States District Court of the Southern District of New York. I make this affirmation in support of the application of Jeffrey Morgan to appear *pro hac vice* before the Court.

2. Mr. Morgan is a partner of the law firm, Troutman Sanders LLP located at 600 Peachtree Street, Atlanta, GA 30308.

3. Mr. Morgan is a member in good standing of the State Bar of Georgia. (See Ex. A, Declaration of J. Morgan). Mr. Morgan has never been the subject of disciplinary action by

-2-

the bar or courts of any jurisdiction in which he is licensed.  Mr. Morgan has never been denied admission to the courts of any state or to any federal court.  (See id.).

WHEREFORE, plaintiff asks this Court to grant this motion to allow Jeffrey Morgan to appear *pro hac vice* before this Court until the conclusion of this case.

Dated:  New York, New York
       January 24, 2011

_____
James Bollinger, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GRAPHICS PROPERTIES HOLDINGS, INC.,       :
                                          :
                       Plaintiff,         :   Case No. 1:10-cv-08655-WHP
        v.                                :
                                          :
NINTENDO CO., LTD., NINTENDO OF AMERICA   :
INC., SONY CORPORATION, CONY              :
CORPORATION OF AMERICA, ACER INC., ACER   :
AMERICA CORP., APPLE INC., TOSHIBA        :
CORPORATION AND TOSHIBA AMERICA, INC.     :
                                          :
                       Defendants.        :
------------------------------------------------------------------ X

### AFFIRMATION OF JEFFREY MORGAN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

JEFFREY MORGAN, being duly sworn, deposes and says:

1. I am a member of the firm of Troutman Sanders LLP, attorneys for Plaintiff Graphics Properties Holdings, Inc. I make this affidavit in support of my application to appear *pro hac vice* before this Court in this proceeding.

2. I am a member in good standing of the State Bar of Georgia (See certificate of good standing, annexed hereto as Exhibit "A") and the Commonwealth of Massachusetts (See certificate of good standing, annexed hereto as Exhibit "B"). I have never been the subject of disciplinary action by the bar or courts of any jurisdiction in which I am licensed. I have never been denied admission to the courts of any state or to any federal court.

3. I shall be familiar with and shall comply with the standards of professional conduct imposed upon members of the New York bar, including the rules of court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

4. I will be participating in this proceeding through my association with James

Bollinger, who is attorney of record in this proceeding.

5. WHEREFORE, your affiant respectfully asks this Court to grant this motion to allow your affiant to appear *pro hac vice* before this Court with respect to this proceeding.

_____
Jeffrey Morgan

2



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**         }
                                                                  } ss.
**NORTHERN DISTRICT OF GEORGIA**   }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JEFFREY C. MORGAN, 522667,** was duly admitted to practice in said Court on March 8, 2004 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 7th day of January, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: *Phyllis Brannon*
Phyllis Brannon
Deputy Clerk



AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF GOOD STANDING

I, *Sarah A. Thornton*, Clerk of this Court,

certify that **Jeffrey C. Morgan**, Bar **634505**,

was duly admitted to practice in this Court on

**March 21, 1997**, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at **Boston, Massachusetts** on **January 10, 2011**.
LOCATION                                    DATE

Sarah A. Thornton
CLERK

DEPUTY CLERK

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
GRAPHICS PROPERTIES HOLDINGS, INC.,               :
                                                  :
                              Plaintiff,          :   Case No. 1:10-cv-08655-WHP
            v.                                    :
                                                  :
NINTENDO CO., LTD., NINTENDO OF AMERICA           :
INC., SONY CORPORATION, CONY                      :
CORPORATION OF AMERICA, ACER INC., ACER           :
AMERICA CORP., APPLE INC., TOSHIBA                :
CORPORATION AND TOSHIBA AMERICA, INC.             :
                                                  :
                              Defendants.         :
-------------------------------------------------------------------- X
```

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff having moved for an order pursuant to Local Civil Rule 1.3(c) of the local rules of this Court permitting Jeffrey Morgan of the law firm of Troutman Sanders LLP to proceed *pro hac vice* as attorney of record for plaintiff Graphics Properties Holdings, Inc., in this action, and the said motion having come before the Honorable William H. Pauley, United States District Judge, it is:

ORDERED, that Jeffrey Morgan be admitted *pro hac vice* for purposes of appearing as attorney of record in all matters and proceedings on behalf of plaintiff, Graphics Properties Holdings, Inc. in this action.

DATED: New York, New York
            January ___, 2011

                                                    _____
                                                                U.S.D.J.