UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
GRAPHICS PROPERTIES HOLDINGS, INC.,          :
                                             :
                              Plaintiff,  :  Case No. 1:10-cv-08655-WHP
            v.                            :
                                             :
NINTENDO CO., LTD., NINTENDO OF AMERICA      :
INC., SONY CORPORATION, CONY                 :
CORPORATION OF AMERICA, ACER INC., ACER      :
AMERICA CORP., APPLE INC., TOSHIBA           :
CORPORATION AND TOSHIBA AMERICA, INC.        :
                                             :
                            Defendants.  :
------------------------------------------------------------------- X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Plaintiff, in the above-captioned action.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.


Dated: New York, New York              TROUTMAN SANDERS LLP
       February 7, 2011

                                              By:  _____/s/_____
                                                       Timothy P. Heaton
                                                       Troutman Sanders LLP
                                                       The Chrysler Building
                                                        405 Lexington Avenue
                                                         New York, NY 10174
                                                       Phone:  (212) 704-6000
                                                       Fax:     (212) 704-6288
                                                       Timothy.heaton@troutmansanders.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GRAPHICS PROPERTIES HOLDINGS, INC.,           :
                                              :
                            Plaintiff,        :   Case No. 1:10-cv-08655-WHP
                    v.                        :
                                              :   **Affidavit of Service**
NINTENDO CO., LTD., NINTENDO OF AMERICA       :
INC., SONY CORPORATION, SONY                  :
CORPORATION OF AMERICA, ACER INC., ACER       :
AMERICA CORP., APPLE INC., TOSHIBA            :
CORPORATION AND TOSHIBA AMERICA, INC.         :
                                              :
                            Defendants.       :
------------------------------------------------------------------ X

    Sarah Harris-Finkel, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Richmond County, New York. On February 7, 2011, I served a Notice of Appearance of Timothy Heaton by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorneys at the addresses set forth below.

    Michael J. Shea
    Nixon & Vanderhye P.C.
    901 North Glebe Road, 11th Flr.
    Arlington, VA 22203
    email: mjs@nixonvan.com
    Counsel for Toshiba Corp. & Toshiba America, Inc.

    Michael N. Rader
    Wolf, Greenfield & Sacks, P.C.
    600 Atlantic Avenue
    Boston, MA 02210-2206
    email: mrader@wolfgreenfield.com
    Counsel for Sony Corporation & Sony Corp of America

    Kai Tseng
    Orrick, Herrington & Sutcliffe LLP
    1000 Marsh Road
    Menlo Park, CA 94024-1015
    email: ktseng@orrick.com
    Counsel for Acer Inc. and Acer America Corp.

Richard Martinelli
Orrick, Herrington & Sutclife LLP
51 West 52nd Street
New York, NY 10019-6142
email: rmartinelli@orrick.com
Counsel for Apple, Inc.

Rich Medway
Nintendo of America, Inc
4600 150th Avenue NE, Red mond, WA 98052
email: richme02@noa.nintendo.com
Counsel for Nintendo Co., Ltd. And Nintendo of America, Inc.

_____
Sarah Harris-Finkel

Sworn to before me this
7th day of February 2011

_____
Notary Public

HILARIE LEVION KATZ
Notary Public, State of New York
No. 01KA4935894
Qualified in Queens County
Commission Expires July 5, 20 14