JEFFREY C. MORGAN
404.885.3681 telephone
404.962.6530 facsimile
jeffrey.morgan@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
Bank of America Plaza
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216
404.885.3000 telephone
troutmansanders.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/11

February 3, 2011

RECEIVED
FEB - 3 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

VIA FACSIMILE
(212) 805-6390

The Honorable William H. Pauley, III
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   *Graphics Properties Holdings, Inc. v. Nintendo Co., Ltd. et al.*,
            Case No. 1:10-cv-08655-WHP

Dear Judge Pauley:

    We represent the plaintiff, Graphics Properties Holdings, Inc. ("Graphics Properties") in the above-captioned action. We write to respectfully request that the Court modify the dates for submission of the parties' Rule 26(f) Report and for the Initial Pretrial Conference, currently set for February 10 and February 17, respectively. As grounds therefor, Graphics Properties states that it granted extensions to all defendants to respond to the Complaint through and including February 14. Graphics Properties believes that it would be more efficient for the parties to file their Rule 26(f) Report after the filing of the defendants' responses to the Complaint. Permitting such a revision to the schedule would facilitate a fuller and more informed Rule 26(f) conference between the parties and a more accurate Rule 26(f) Report that would take into account the actual claims and defenses of the parties as set forth in the pleadings.

    For the above reasons, Graphics Properties respectfully requests that the Court continue the deadline for filing the Rule 26(f) Report to March 3, and the Initial Pretrial Conference to March 10 (or such other date convenient to the Court). All defendants have agreed to this modification to the schedule, with the exception of Acer Inc. and Acer America Corp., who have neither agreed nor disagreed.

Sincerely,

Jeffrey C. Morgan

*Application granted. The initial pretrial conference is rescheduled for March 18, 2011 at 4:00 p.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.   2/15/11

ATLANTA   CHICAGO   HONG KONG   LONDON   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC

1439717v1

TROUTMAN
SANDERS

Hon. William H. Pauley, III
February 3, 2011
Page 2

cc: Matthew J. Brigham, Esq., counsel for Nintendo entities (via email)
Michael N. Rader, Esq., counsel for Sony entities (via email)
Kai Tseng, Esq., counsel for Acer entities (via email)
Richard F. Martinelli, Esq., counsel for Apple (via email)
Michael J. Shea, Esq., counsel for Toshiba entities (via email)

Feb-03-11 05:45pm From-Troutman 08655 Case 1:10-cv-08655-WHP Document 38 +404885050 Filed 02/15/11 Page 2 of 2 P.002/003 F-513

1439717v1