UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC. <br> *Plaintiff,* <br><br> v. <br><br> NINTENDO CO., LTD., NINTENDO OF AMERICA INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, ACER INC., ACER AMERICA CORP., APPLE INC., TOSHIBA CORPORATION, AND TOSHIBA AMERICA, INC. <br> *Defendants.* | § § § § § § § § § § § § | Civil Action No.: 1:10-cv-08655-WHP <br><br> Jury Trial Demanded |

## CERTIFICATE OF SERVICE

This is to certify that on February 14, 2011, I served counsel for the parties in the foregoing matter with copies of DEFENDANT APPLE INC.'S:

1. STATEMENT PURSUANT TO FED. R. CIV. P.7.1;

2. NOTICE OF APPEARANCE FOR JOSEPH A. CALVARUSO;

3. NOTICE OF APPEARANCE FOR RICHARD F. MARTINELLI; and

4. NOTICE OF APPEARANCE FOR STEPHANIE L. CARPENTER

via United States Mail with adequate postage affixed thereto as follows:

James M. Bollinger, Esq.
Laura E. Krawczyk, Esq.
Suraj K. Balusu, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
Tel: (212) 704-6000
Fax: (212) 704-6288
*Counsel for Plaintiff*
*Graphics Properties Holdings, Inc.*

Matthew J. Brigham, Esq.
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Tel: (650) 843-5000
Fax: (650) 857-0663
*Counsel for Nintendo Co., Ltd. & Nintendo of America Inc.*

Michael N. Rader, Esq.
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
Tel: (617) 646-8000
Fax: (617) 646-8646
*Counsel for Sony Corporation & Sony Corporation of America*

Rodger A. Sadler, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
*Counsel for Acer Inc. & Acer America Corp.*

Michael J. Shea, Esq.
NIXON & VANDERHYE P.C.
901 North Glebe Road
11th Floor
Arlington, Virginia 22203
Tel: (703) 816-4000
Fax: (703) 816-4100
*Counsel for Toshiba Corporation & Toshiba America, Inc.*

Dated:   February 15, 2011

_____
Stephanie L. Carpenter, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
*Counsel for Defendant Apple Inc.*