AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

GRAPHICS PROPERTIES HOLDINGS, INC.

v.

NINTENDO CO., LTD. ET AL

**APPEARANCE**

Case Number:  10-cv-8655 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Toshiba Corporation and Toshiba America, Inc.

I certify that I am admitted to practice in this court.

| 2/18/2011 | [signature] |
|---|---|
| Date | Signature |

| Michael H. Gibson | MG2952 |
|---|---|
| Print Name | Bar Number |

230 Park Avenue, Suite 1130
Address

| New York | NY | 10169 |
|---|---|---|
| City | State | Zip Code |

| (212) 818-9200 | (212) 818-9606 |
|---|---|
| Phone Number | Fax Number |