ORIGINAL

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAPHICS PROPERTIES   Plaintiff,
HOLDINGS, INC.

- against -

NINTENDO CO., LTD.,   Defendant.
et al.

10   cv   08655   (WHP)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I,   Kathleen E. Cassidy   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Joshua M. Feasel
Firm Name:   Cooley LLP
Address:   101 California Street, Fifth Floor
City/State/Zip:   San Francisco, CA 94111
Phone Number:   (415) 693-2000
Fax Number:   (415) 693-2222

Joshua M. Feasel   is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against   Joshua M. Feasel   in any State or Federal court.

Dated:   2/9/2011
City, State:   New York, New York

Respectfully submitted,

Sponsor's   KATHLEEN E. CASSIDY
SDNY Bar   KC-0630
Firm Name:   COOLEY LLP
Address:   1114 Avenue of the Americas
City/State/Zip:   New York, NY 10036-7798
Phone Number:   (212) 479-6000
Fax Number:   (212) 479-6275

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
GRAPHICS PROPERTIES HOLDINGS, INC.,   :
                                      :
                  Plaintiff,          :     Index No. 1:10-cv-08655 (WHP)
                                      :
         v.                           :
                                      :
NINTENDO CO., LTD., NINTENDO OF       :
AMERICA INC., SONY CORPORATION,       :
SONY CORPORATION OF AMERICA,          :
ACER INC., ACER AMERICA CORP.,        :
APPLE INC., TOSHIBA CORPORATION       :
AND TOSHIBA AMERICA, INC.,            :
                                      :
                  Defendant.          :
------------------------------------- X
                                      :
NINTENDO CO., LTD.,                   :
NINTENDO OF AMERICA INC.,             :
                                      :
                  Counter-Claimants,  :
                                      :
         v.                           :
                                      :
GRAPHICS PROPERTIES HOLDINGS, INC.,   :
                                      :
                  Counterclaim Defendant. :
------------------------------------- X

## AFFIRMATION OF KATHLEEN E. CASSIDY IN SUPPORT OF MOTION TO ADMIT JOSHUA M. FEASEL *PRO HAC VICE*

1. I am an associate of the law firm of Cooley LLP, counsel for Defendants Nintendo Co., Ltd. and Nintendo of America Inc. ("Nintendo") in the above-captioned action. I submit this affirmation in support of Nintendo's motion to admit Joshua M. Feasel as counsel *pro hac vice* to represent Nintendo in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Feasel is an associate at Cooley LLP in San Francisco, California. I know Mr. Feasel to be a skilled attorney of high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

4. Accordingly, I am pleased to move for the admission of Joshua M. Feasel, *pro hac vice*.

5. I respectfully submit a proposed order granting the admission of Joshua M. Feasel, *pro hac vice*, which is attached hereto as Exhibit A.

6. I also attach Mr. Feasel's Certificate of Good Standing from the State Bar of California as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Joshua M. Feasel, *pro hac vice*, to represent Nintendo Co., Ltd. and Nintendo of America Inc., defendants in the above-captioned matter, be granted.

Dated: New York, New York
February 16, 2011

Respectfully submitted,

COOLEY LLP

By: _____
Kathleen E. Cassidy

1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Email: kecassidy@cooley.com

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAPHICS PROPERTIES HOLDINGS, INC.

Plaintiff,

- against -

NINTENDO CO., LTD., et al.

Defendant.

10 cv 08655 (WHP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kathleen E. Cassidy attorney for Nintendo Co., Ltd., Nintendo of America Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joshua M. Feasel |
| Firm Name: | Cooley LLP |
| Address: | 101 California Street, Fifth Floor |
| City/State/Zip: | San Francisco, CA 94111 |
| Telephone/Fax: | (415) 693-2000 |
| Email Address: | jfeasel@cooley.com |

is admitted to practice pro hac vice as counsel for Nintendo Co., Ltd., Nintendo of America Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 10, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSHUA M. FEASEL, #257991 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records