SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAPHICS PROPERTIES HOLDINGS, INC.    Plaintiff,

\_\_10\_\_ cv \_\_08655\_\_ (WHP)

- against -

MOTION TO ADMIT COUNSEL

NINTENDO CO., LTD., et al.    Defendant.

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kathleen E. Cassidy    a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Matthew J. Brigham
Firm Name:  Cooley LLP
Address:  Five Palo Alto Square, Suite 400
City/State/Zip:  Palo Alto, CA 94306
Phone Number:  (650) 843-5000
Fax Number:  (650) 857-0663

Matthew J. Brigham    is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Matthew J. Brigham in any State or Federal court.

Dated:  2/9/2011
City, State:  New York, NY

Respectfully submitted,

Sponsor's  KATHLEEN E. CASSIDY
SDNY Bar  KC-0630
Firm Name:  COOLEY LLP
Address:  1114 Avenue of the Americas
City/State/Zip:  New York, NY 10036-7798
Phone Number:  (212) 479-6000
Fax Number:  (212) 479-6275

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                                              :

GRAPHICS PROPERTIES HOLDINGS, INC.,  :

                        Plaintiff,       :    Index No. 1:10-cv-08655 (WHP)

                                                               :

                               v.                         :

NINTENDO CO., LTD., NINTENDO OF      :
AMERICA INC., SONY CORPORATION,     :
SONY CORPORATION OF AMERICA,         :
ACER INC., ACER AMERICA CORP.,       :
APPLE INC., TOSHIBA CORPORATION   :
AND TOSHIBA AMERICA, INC.,             :

                        Defendant.      :

------------------------------------ X
                                                              :

NINTENDO CO., LTD.,                         :
NINTENDO OF AMERICA INC.,               :

                    Counter-Claimants,   :

                               v.                         :

GRAPHICS PROPERTIES HOLDINGS, INC.,  :

                    Counterclaim Defendant.  :

------------------------------------ X

## AFFIRMATION OF KATHLEEN E. CASSIDY
## IN SUPPORT OF MOTION TO ADMIT
## MATTHEW J. BRIGHAM *PRO HAC VICE*

    1.    I am an associate of the law firm of Cooley LLP, counsel for Defendants Nintendo Co., Ltd. and Nintendo of America Inc. ("Nintendo") in the above-captioned action. I submit this affirmation in support of Nintendo's motion to admit Matthew J. Brigham as counsel *pro hac vice* to represent Nintendo in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Matthew Brigham is a Partner at Cooley LLP in Palo Alto, California. I know Mr. Brigham to be a skilled attorney of high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

4. Accordingly, I am pleased to move for the admission of Matthew J. Brigham, *pro hac vice*.

5. I respectfully submit a proposed order granting the admission of Matthew J. Brigham, *pro hac vice*, which is attached hereto as Exhibit A.

6. I also attach Mr. Brigham's Certificate of Good Standing from the State Bar of California as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Matthew J. Brigham, *pro hac vice*, to represent Nintendo Co., Ltd. and Nintendo of America Inc., defendants in the above-captioned matter, be granted.

Dated: New York, New York
February 16, 2011

Respectfully submitted,

COOLEY LLP

By: _____
Kathleen E. Cassidy

1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Email: kecassidy@cooley.com

916482 v2/HN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRAPHICS PROPERTIES HOLDINGS, INC.

Plaintiff,

- against -

NINTENDO CO., LTD., et al.

Defendant.

10 cv 08655 (WHP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kathleen E. Cassidy attorney for Nintendo Co., Ltd. and Nintendo of America Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Matthew J. Brigham |
| Firm Name: | Cooley LLP |
| Address: | Five Palo Alto Square, Suite 400 |
| City/State/Zip: | Palo Alto, CA 94306 |
| Telephone/Fax: | (650) 843-5000 |
| Email Address: | mbrigham@cooley.com |

is admitted to practice pro hac vice as counsel for Nintendo Co., Ltd. and Nintendo of America Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY

_____
United States District/Magistrate Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 10, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW JAMES BRIGHAM, #191428 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
GRAPHICS PROPERTIES HOLDINGS, INC.,   :
                                      :
                     Plaintiff,       :   Index No. 1:10-cv-08655 (WHP)
                                      :
           v.                         :
                                      :
NINTENDO CO., LTD., NINTENDO OF       :
AMERICA INC., SONY CORPORATION,       :   CERTIFICATE OF SERVICE
SONY CORPORATION OF AMERICA,          :
ACER INC., ACER AMERICA CORP.,        :
APPLE INC., TOSHIBA CORPORATION       :
AND TOSHIBA AMERICA, INC.,            :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
                                      :
NINTENDO CO., LTD.,                   :
NINTENDO OF AMERICA INC.,             :
                                      :
                     Counter-Claimants,:
                                      :
           v.                         :
                                      :
GRAPHICS PROPERTIES HOLDINGS, INC.,   :
                                      :
                     Counterclaim Defendant. :
------------------------------------- X

I, Kathleen E. Cassidy, hereby certify under penalty of perjury that on this 16th day of February, 2011, I served by U.S. mail, true and correct copies of Motions to Admit Counsel Pro Hac Vice with supporting affirmations on behalf of Matthew J. Brigham and Joshua M. Feasel upon counsel listed on the attached service list.

Dated: New York, New York
       February 16, 2011

_____
Kathleen E. Cassidy

## **SERVICE LIST**

James M. Bollinger, Esq.
Laura E. Krawczyk, Esq.
Suraj K. Balusu, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
Tel: (212) 704-6000
Fax: (212) 704-6288
Email: james.bollinger@troutmansanders.com
*Counsel for Plaintiff Graphics Properties Holdings, Inc.*

Stephanie L. Carpenter, Esq.
ORICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019
Tel: (212) 506-5000
Fax: (212) 506-5151
Email: slcarpenter@orrick.com
*Counsel for Defendant Apple Inc.*

Michael N. Rader, Esq.
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
Tel: (617) 646-8000
Fax: (617) 646-8646
Email: mrader@wolfgreenfield.com
*Counsel for Sony Corporation & Sony Corporation of America*

Rodger A. Sadler, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
Email: rsadler@orrick.com
*Counsel for Acer Inc. & Acer America Corp.*

Michael J. Shea, Esq.
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia 22203
Tel: (703) 816-4000
Fax: (703) 816-4100
Email: mjs@nixonvan.com
*Counsel for Toshiba Corporation & Toshiba America, Inc.*