AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

GRAPHICS PROPERTIES HOLDINGS, INC.
v.
NINTENDO CO., LTD., ET AL

**APPEARANCE**

Case Number: 10-cv-8655 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Sony Corporation and Sony Corporation of America

I certify that I am admitted to practice in this court.

| 2/23/2011 | /s/Michael N. Rader |
|---|---|
| Date | Signature |

| Michael N. Rader | MR3335 |
|---|---|
| Print Name | Bar Number |

Wolf, Greefield & Sacks, P.C., 600 Atlantic Ave
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| (617) 646-8000 | (617) 646-8646 |
|---|---|
| Phone Number | Fax Number |